Norman BURDITT, Matthew Haworth, George Betancourt, Billy Joe Brannan, Jesse Brito, Dolphus Smith, Vernon Engel, Raymond Stewart, Linzie Hallum, and Paul Garibay, Plaintiffs-Appellees,

v.

WESTERN GROWERS PENSION PLAN, and Western Growers Pension Trust Fund, Defendants-Appellants.

No. 86–6170.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 7, 1987.

Decided June 2, 1987.

Thomas Tosdal, San Diego, Cal., for plaintiffs-appellees.

Harold H. Brown, Roy G. Weatherup, Thomas N. Charchut, and Amor A. Esteban, Santa Monica, Cal., for defendants-appellants.

Before PREGERSON, NELSON and WIGGINS, Circuit Judges.

PER CURIAM:

We affirm the judgment for the appellees in this ERISA action for the reasons stated in the well-written opinion of the distinguished District Court Judge A. Andrew Hauk. *Burditt v. Western Growers Pension Plan*, 636 F.Supp. 1491 (C.D.Cal. 1986). We award the appellees their attorney's fees as prevailing ERISA plan participants or beneficiaries. *McConnell v. MEBA Medical & Benefits Plan*, 759 F.2d

1401, 1406 (9th Cir.1985). Appellees shall file their bill of costs under 9th Cir.R. 14.

AFFIRMED.